No. 40401.—Protest 968377–G of Moller Products Corp. (New York).

Opinion by Kincheloe, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protest was sustained.